

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TAMMY FARIAS<br>    *Plaintiff.*<br>v.<br><br>JPMORGAN CHASE & COMPANY<br>    *Defendant.* | CIVIL ACTION NO. 4-16-CV-461-A |

## MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF THE JUSTICE COURT:

Comes now, the Plaintiff Tammy Farias who having reached an agreement with the Defendant in the above styled cause of action hereby files this Motion for Dismissal with prejudice with each party bearing their own costs in this action.

Dated: July 14, 2016

Respectfully Submitted,

*Tammy Farias* (signature)
Tammy Farias
1413 Clinton Ave.
Fort Worth, TX 76164
(817) 658-5353
tammyfarias@yahoo.com