IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TAMMY FARIAS,                          §
                                       §
          Plaintiff,                   §
                                       §
VS.                                    §    NO. 4:16-CV-461-A
                                       §
JPMORGAN CHASE & COMPANY,              §
                                       §
          Defendant.                   §

## ORDER

Came on for consideration the motion of plaintiff, Tammy
Farias, for dismissal. The court finds that the motion should be
granted.

The court ORDERS that plaintiff's motion for dismissal be,
and is hereby, granted and that plaintiff's claims against
defendant, JPMorgan Chase & Company, be, and are hereby,
dismissed with prejudice, each party to bear the court costs
incurred by that party.

SIGNED July 19, 2016.


JOHN McBRYDE
United States District Judge