IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TAMMY FARIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-461-A |
| | § | |
| JPMORGAN CHASE & COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Tammy Farias, against defendant, JPMorgan Chase & Company, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED July 19, 2016.

_____
JOHN McBRYDE
United States District Judge